UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Joseph Occhiogrosso,<br><br>Defendant. | 22 Cr. 267 (AKH)<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned attorneys hereby agree and stipulate to this Substitution of Attorney for Defendant, Joseph Occhiogrosso.

Withdrawing Attorney:                                  Substituting Attorney:

_Jeff Chabrowe_                                            _Lorraine Gauli-Rufo_
Name                                                              Lorraine Gauli-Rufo, Esq.

Dated:  January 5, 2022

The substitution of attorney is hereby approved and the Clerk shall terminate ECF No. 15.

SO ORDERED.

                                                                     /s/ Alvin K. Hellerstein
Date:  May 31, 2022                              Hon. Alvin K. Hellerstein
                                                                 United States District Judge