UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA        :
                                :
                                :   **SCHEDULING ORDER**
         -against-              :
                                :   22 Cr. 267 (AKH)
JOSEPH OCCHIOGROSSO,            :
                                :
                  Defendant.    :
                                :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The pretrial conference scheduled for August 24, 2022 is hereby adjourned to, and time is excluded in the interests of justice until, September 13, 2022 at 12:00 p.m.

       SO ORDERED.

Dated:    August 23, 2022                           __/s/ Alvin K. Hellerstein____
           New York, New York               ALVIN K. HELLERSTEIN
                                                     United States District Judge