

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

_____

February 6, 2023

*Via ECF*
Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

The oral argument is adjourned from March 9, 2023, to March 27, 2023 at 10:00 a.m..

Time is excluded until March 27, 2023.

SO ORDERED.

/s/ Judge Alvin K. Hellerstein
February 7, 2023

Re: USA vs. Occhiogrosso
22-cr-267 (AKH)

Dear Judge Hellerstein:

     We have oral argument in the above matter scheduled for March 9, 2023. However, we have a scheduling issue with this date and are respectfully requesting Your Honor to consider rescheduling this matter to a different day. We have spoken with the Government and understand the Mr. Robles and Ms. Johnson are both available on February 22nd, and we are also available. If this date does not work for the Court, we can also be available for a later date in March. Should the new date be after March 9, 2023, we have no objection excluding any additional time until oral arguments are heard. Your Honor's time and consideration are greatly appreciated.

     Respectfully,

     s/ Lorraine Gauli-Rufo, Esq.
     Lorraine Gauli-Rufo, Esq.
     Attorney for Joseph Occhiogrosso

cc: David Robles, AUSA
    Emily Johnson, AUSA