UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA :
:
: **SUMMARY ORDER**
-against- :
: 22 Cr. 267 (AKH)
:
JOSEPH OCCHIOGROSSO, :
:
Defendant. :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

On March 27, 2023, I heard oral argument on Defendant's motions to suppress. ECF No. 33. For the reasons stated on the record, I denied Defendants' motions, holding that there was sufficient evidence to support the search warrants in question, and that Defendant's challenged statement was both voluntary and was given after he had been read his *Miranda* rights properly. The Clerk of Court is instructed to terminate ECF No. 33.

Parties shall appear for a hearing on April 18, 2023, at 10 a.m. Time is excluded in the interests of justice until that date.

SO ORDERED.

Dated: March 27, 2023
New York, New York

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge